IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>JOSE EMMANUEL VACA-SALDANA,<br><br>　　　　　　Defendant. | 8:23MJ233<br><br>**ORDER** |

**THIS MATTER** is before the court on the motion of Richard H. McWilliams to withdraw as counsel for the defendant, Jose Emmanuel Vaca-Saldana (Filing No. 15). Thomas M. Petersen has filed an entry of appearance as retained counsel for Jose Emmanuel Vaca-Saldana. Therefore, Richard H. McWilliams' motion to withdraw (Filing No. 15) will be granted.

Richard H. McWilliams shall forthwith provide Thomas M. Petersen any discovery materials provided to the defendant by the government and any such other materials obtained by Richard H. McWilliams which are material to Jose Emmanuel Vaca-Saldana's defense.

The clerk shall provide a copy of this order to Thomas M. Petersen.

**IT IS SO ORDERED.**

Dated this 27th day of April, 2023.

　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge